UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ROBERT L. REEVES, JR., )
)
    Plaintiff, )
)
v. ) CV624-049
)
MR. WILSON, *et al.*, )
)
    Defendants. )

### ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 52), to which no objections have been filed. Accordingly, the Report and Recommendation is **ADOPTED**. (Doc. no. 52.) The claims against Defendants Commissioner Oliver and Warden Beasley, Reeves' failure-to-protect claims, and his claims for injunctive relief are all **DISMISSED**. Reeves deliberate indifference claims and Defendants Smith and Johnson are also **DISMISSED**. Since, as the Magistrate Judge found, Reeves' excessive force and failure-to-intervene claims against Defendants Wilson, Snowden, Dean and Yanes will proceed, (id. at 6), the Clerk is **DIRECTED** to lift the stay imposed on those defendants' deadline to respond to the Second Amended Complaint and discovery, (id. at 11-12). Defendants are **DIRECTED** to file any response to the Second Amended Complaint by no later than fourteen (14) days from the date of this Order. See, e.g., Fed. R. Civ. P. 15(a)(3).

**ORDER ENTERED** at Augusta, Georgia, this 10th day of September, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA